# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JAMES ANTHONY ROSS, | : |
|     Plaintiff, | :   Case No. 2:18-CV-160 |
| v. | :   JUDGE ALGENON L. MARBLEY |
| COMMISSIONER OF SOCIAL SECURITY, | :   Magistrate Judge Vascura |
|     Defendant. | : |

## ORDER

This matter comes before the Court on the Magistrate Judge's November 21, 2018, **Report and Recommendation** (ECF No. 17), which recommended that Plaintiff's Statement of Errors (ECF No. 11) be **OVERRULED** and that the decision of the Commissioner be **AFFIRMED**.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 17 at 12-13). The parties have failed to file any objections, and the deadline for objections (December 5, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein, **OVERRULES** the Statement of Errors, and enters judgment for Defendant. This case is hereby **CLOSED**.

    **IT IS SO ORDERED.**

                                             s/ Algenon L. Marbley
                                             **ALGENON L. MARBLEY**
                                             **UNITED STATES DISTRICT JUDGE**

**DATED: January 14, 2019**